## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-52 | 9164773 | Gomez | 5111 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 4/20/2022 0930
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 38 CFR 1.218(b)(26)

Place of Offense: 10535 Hospital Way, Mather, CA 95655

Offense Description: Factual Basis for Charge — (26) Parked in No Parking Area (marked white diagonal lines) HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Jackson
First Name: Tamara
MI: L

Tag No: 8HQF498  State: CA  Year: 18  Make: Jeep Wrangler  Color: Red

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25.00 Forfeiture Amount
+ $30 Processing Fee
$ 55.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: Driver Not Present

Original - CVB Copy

*9164773*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/20, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California.

See PC Statement

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/20/2022  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/11/2022 15:19